# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>STEPHEN LAWRENCE NEGRON | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>2:26-MJ-_30_<br><br>TO BE SEALED |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 2024_____ in the county of _____Hawkins_____ in the _____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transporting a Minor in Interstate Commerce for the Purpose of Criminal Sexual Activity |

This criminal complaint is based on these facts:

(See attached affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Andrew LaRose
_____
*Printed name and title*

Sworn to by telephone and signed and transmitted by other reliable electronic means.

Date: _____03/12/2025_____

_____
*Judge's signature*

City and state: _____Chattanooga, TN_____

Christopher H. Steger, U.S. Magistrate Judge
_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

UNITED STATES OF AMERICA )
)                                    No. 2:26-MJ-30
v. )                                  JUDGE STEGER
)                                    JUDGE WYRICK
STEPHEN LAWRENCE NEGRON )                TO BE SEALED

### CRIMINAL COMPLAINT

I, Andrew P. LaRose, the complainant in this case, state that the following is true to the best of my knowledge and belief:

### COUNT ONE

The United States Attorney charges that in or about May of 2024 in the Eastern District of Tennessee and elsewhere, the defendant, STEPHEN LAWRENCE NEGRON, knowingly transported, MV, a minor child, in interstate commerce for the purpose of engaging in unlawful sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated § 39-13-506 (Aggravated Statutory Rape), which is the unlawful sexual penetration of a victim when the victim is at least 13 but less than 18 years of age, and the defendant is at least 10 years older than the victim, in  in violation of Title 18, United States Code, Section 2423(a).

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew P. LaRose, being duly sworn, do hereby state the following:

1.       I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since December 2022.  I am currently assigned to the Johnson City Resident Agency of the Knoxville Field Office.  As a Special Agent, I am a federal law enforcement

officer of the United States as defined by Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, empowered to enforce criminal laws, make arrests, and serve warrants. As a Special Agent, I have conducted and participated in a variety of criminal investigations, including investigations associated with crimes against children, public corruption, civil rights, organized and white-collar crime, terrorism, as well as other criminal acts.

2.      I know the following from information I received from other investigators, police officers, and/or from other individuals. As further detailed below, I believe probable cause exists to conclude that STEPHEN LAWRENCE NEGRON, has violated Title 18, United States Code, Section 2423(a), transport of a minor to engage in illicit sexual conduct.

3.      On or about May 30, 2024, the mother of MINOR VICTIM (17 year old female), who resides in Georgetown, Texas, contacted the Rogersville, Tennessee Police Department and provided officers with information concerning MINOR VICTIM, who was reported missing from her home in Texas. MINOR VICTIM's mother informed officers that she had received information that MINOR VICTIM's tablet in Rogersville, Tennessee. When reviewing MINOR VICTIM's social media accounts and cell phone records, MINOR VICTIM's mother located a telephone number and the name STEPHEN NEGRON, which she did not recognize.

4.      Acting on the tip, Rogersville Police traveled to 209 Gibson Street in Rogersville, Tennessee, the home of NEGRON to speak with him. NEGRON would not open his door and spoke to officers from the inside of the home. NEGRON did not allow the officers to search for MINOR VICTIM. Officers obtained a search warrant and returned to NEGRON's residence. Upon executing the search warrant, the officers located MINOR VICTIM in NEGRON's residence. Officers also located items such as a leather whips, restraint chains, various sex toys, THC "gummies," morning-after pills, and various contraceptives.

5.      MINOR VICTIM was interviewed and informed officers that while in Tennessee, she and NEGRON had engaged in various sexual activity, including oral and the use of multiple sex toys. MINOR VICTIM also disclosed that she had been drugged and raped by NEGRON, also while in Tennessee.

6.      On February 15, 2024, I obtained consent from the MINOR VICTIM and the MINOR VICTIM's parent/guardian to search and assume the online account and identity of the MINOR VICTIM's Google account and email address.

7.      Based on the facts set forth in this affidavit, probable cause exists that STEPHEN LAWRENCE NEGRON, transported a minor in interstate commerce for the purpose of engaging in unlawful sexual activity in violation of Title 18, United States Code, Section 2423(a).

Andrew P. LaRose
Special Agent
Federal Bureau of Investigations


Sworn to before me by telephone or other reliable electronic means

On ___March 12___, 2026.

CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE

Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By:  ☐INDICTMENT  ☐SUPERSEDING Case Number: _____
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20   X  COMPLAINT

USA V. STEPHEN LAWRENCE NEGRON _____

☑Felony  ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)*    ☐Petty Offense

Immigration Cases
☐Defendant is being added to existing criminal case   ☐Zone A    ☐Zone B
☐Charges/Counts Added

Name of Assigned AUSA: THOMAS MCCAULEY _____

Matter Sealed:   ☑YES     ☐NO      Place of Offense: Hawkins Co. _____

☐Interpreter Required   Language: _____

Issue:   ☑WARRANT     ☐SUMMONS     ☐WRIT (Motion to be filed)

Arresting Agency:  ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: FBI LaRose _____

Current Trial Date (if any): _____ before Judge _____

☐Criminal Complaint Filed     Case Number: _____

☐Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any):   _____

☐Federal Defender    ☐CJA    ☐Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:   Total # of Counts for this Defendant 1 _____

|  | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  | 18 USC 2423(a) | Transportation of Minor for Sexual Activity | Y | 1 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(Attach additional page, if needed)

Attorney Signature s/Thomas McCauley _____