UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                            Case No.:  3:26-mj-01099-MCR

STEPHEN LAWRENCE NEGRON,

      Defendant,

_____/

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government to continue the detention hearing,

the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is

set for **March 18, 2026, at 10:30 AM** before the Honorable Monte C.

Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street,**

**Jacksonville, Florida.**  The defendant shall be held in custody by the

United States Marshals and produced for the hearing.

Date: March 13, 2026

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States Marshal Service