UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No.:  3:26-mj-01099-MCR

STEPHEN LAWRENCE NEGRON,

　　　　Defendant,

_____/

Defense Atty.: LISA CALL
AUSA: CHIP CORSMEIER

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | MARCH 18, 2026 10:39 AM – 10:41 AM 2 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | BENJAMIN FELDER |

**CLERK'S MINUTES**

**PROCEEDINGS:**      **Detention Hearing**

Ms. Call informed the Court of the defendant's decision to waive his detention, identity, and preliminary hearings in the Middle District of Florida, reserving the right to have those hearings conducted in the prosecuting district. She presented the executed Waiver of Rule 5 and Rule 5.1 Hearings to Judge Richardson.

Upon inquiry of the defendant, Judge Richardson found that the waivers were made knowingly and voluntarily. The defendant was ordered detained pending transport to the Eastern District of Tennessee for further proceedings. COMMITMENT TO ANOTHER DISTRICT TO ENTER.

**1 |** P a g e