U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Greeneville
Date: 04/09/2026                                Courtroom: 300 - Greeneville

Initial Appearance: ☑Complaint ☐Indictment ☐SSI ☐Information ☐Violation Petition
                    ☐Rule 5
Other Hearing: ☐Arraignment ☐Arraignment on SSI

## Case No. 2:26-mj-30                    USA v. Stephen Lawrence Negron

Present Before: HONORABLE Cynthia Richardson Wyrick            U.S. Magistrate Judge

**Tom McCauley**                 **Cameron Hyder**
Assistant U.S. Attorney          Attorney for Defendant              US Probation Officer
                                 ☑Appt. ☐Retd. ☐Ltd. App.
Amanda Gunter                    DCR
Courtroom Deputy                 Court Reporter / Digital Recording    Interpreter
                                                                       ☑SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed         Court Appointed: ☐Federal Defender or ☑CJA Attorney
☐ Deft. retained an attorney           ☐Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐Indictment/Information Read
☑ Deft. pleads not guilty on counts _____     ☐Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐Deft WAIVED the Rule 5 hearings
☑ Court UNSEALED case in its entirety    ☐Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

### DATES SET:

Jury Trial: _____          Final Pretrial Conf.: _____
Detn Hrg: _____            Preliminary Examination: **04/21/2026 at 9:30**
Arraignment: _____         Motion Hrg: _____ will convert to an IA if Indictment. is
Status Conf: _____         Other Hrg: _____ returned against defendant.
Revocation Hrg: _____

### DEADLINES SET:

Discovery Ddl: _____        Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____       Response Ddl: _____
Plea Ddl: _____             Other: _____

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter _____, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: 2-26-mj-30_20260409_095645            Court time: 9:56 to 10:02